STEPHEN M. HAYES (SBN 83583)
TYLER R. AUSTIN (SBN 293977)
HAYES SCOTT BONINO ELLINGSON
GUSLANI SIMONSON & CLAUSE, LLP
999 Skyway Road, Suite 310
San Carlos, California 94070
Telephone: (650) 637-9100
Facsimile: (650) 637-8071

Attorneys for Defendant Sentinel Insurance
Company, Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LONGO, M.D.<br><br>Plaintiff,<br>v.<br><br>THE HARTFORD INSURANCE GROUP, SENTINEL INSURANCE COMPANY LIMITED, and DOES 1 to 25,<br><br>Defendants. | **CASE NO.: 2:18-CV-02788-JAM-KJN**<br><br>**ORDER GRANTING PARTIES' STIPULATION AND REQUEST TO EXTEND EXPERT DISCLOSURE DEADLINES**<br><br>Date Action Filed: April 17, 2017<br>Trial Date: March 2, 2020 |

1015124

**[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST TO EXTEND EXPERT DISCLOSURE DEADLINES – CASE NO.: 2:18-CV-02788-JAM-KJN**

The Court, having reviewed the Parties' Stipulation and Request to Extend Time for Expert Disclosure Deadlines, hereby **GRANTS** the Parties' request.

Pursuant to the Parties' stipulation:

1. The current expert designation deadline of July 19, 2019 shall be continued to August 19, 2019;

2. The current supplemental/rebuttal expert disclosure deadline of August 2, 2019 shall be continued to September 4, 2019.

**IT IS SO ORDERED**.

Dated: July 9, 2019   /s/ John A. Mendez

JOHN A. MENDEZ
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA