1  STEPHEN M. HAYES (SBN 83583)
   TYLER R. AUSTIN (SBN 293977)
2  HAYES SCOTT BONINO ELLINGSON
   GUSLANI SIMONSON & CLAUSE, LLP
3  999 Skyway Road, Suite 310
   San Carlos, California 94070
4  Telephone:  (650) 637-9100
   Facsimile:  (650) 637-8071

Attorneys for Defendant Sentinel Insurance
Company, Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LONGO, M.D.<br><br>Plaintiff,<br>v.<br>THE HARTFORD INSURANCE GROUP, SENTINEL INSURANCE COMPANY LIMITED, and DOES 1 to 25,<br><br>Defendants. | **CASE NO.: 2:18-CV-02788-JAM-KJN**<br><br>**ORDER GRANTING PARTIES' STIPULATION AND REQUEST TO EXTEND DISCOVERY CUT-OFF AND DISPOSITIVE MOTION DEADLINE**<br><br>Date Action Filed:  April 17, 2017<br>Trial Date:  March 2, 2020 |

1042486

1   The Court, having reviewed the Parties' Stipulation and Request to Extend Discovery Cut-
2   Off and Dispositive Motion Deadlines, hereby **GRANTS** the Parties' request.
3   Pursuant to the Parties' stipulation:
4   1.   The current discovery cut-off of September 30, 2019 shall be continued to November
5   22, 2019.
6   2.   The current dispositive motion deadline of November 12, 2019 shall be continued to
7   December 6, 2019 to be heard on January 14, 2020.

**IT IS SO ORDERED**.

Dated: 7/29/2019

_____
HONORABLE JOHN A. MENDEZ
United States District Court Judge

1042486                    -1-
**ORDER GRANTING STIPULATION AND REQUEST TO EXTEND DISCOVERY CUT-OFF AND
DISPOSITIVE MOTION DEADLINES – CASE NO.: 2:18-CV-02788-JAM-KJN**