STEPHEN M. HAYES (SBN 83583)
TYLER R. AUSTIN (SBN 293977)
HAYES SCOTT BONINO ELLINGSON
GUSLANI SIMONSON & CLAUSE, LLP
999 Skyway Road, Suite 310
San Carlos, California 94070
Telephone: (650) 637-9100
Facsimile: (650) 637-8071

Attorneys for Defendant Sentinel Insurance
Company, Ltd.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LONGO, M.D.<br><br>    Plaintiff,<br>v.<br><br>THE HARTFORD INSURANCE GROUP, SENTINEL INSURANCE COMPANY LIMITED, and DOES 1 to 25,<br><br>    Defendants. | **CASE NO.: 2:18-CV-02788-JAM-KJN**<br><br>**ORDER GRANTING PARTIES' STIPULATION AND REQUEST TO EXTEND REBUTTAL EXPERT DISCLOSURE AND DISCOVERY DEADLINES**<br><br>Date Action Filed: April 17, 2017<br>Trial Date: March 2, 2020 |

1       The Court, having reviewed the Parties' Stipulation and Request to Extend Rebuttal Expert
2 Disclosure and Discovery Deadlines, hereby **GRANTS** the Parties' request.
3       Pursuant to the Parties' stipulation:
4       1.    The current supplemental/rebuttal expert disclosure deadline of November 12, 2019
5 shall be continued to November 22, 2019;
6       2.    The current discovery cut-off of November 22, 2019 shall be continued to December
7 2, 2019.

**IT IS SO ORDERED**.

Dated: 11/12/2019         /s/ John A. Mendez_____
                                       U. S. DISTRICT COURT JUDGE